

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2020

No. 04-20-00018-CV

**DICEX INTERNATIONAL, INC.**,
Appellant

v.

**AMIGO STAFFING, INC.**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT001668-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

The Appellant's Second Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before April 24, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court